IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **P&I INSURANCE SERVICES, LLC,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 20-5910 |
| **RISK AVERSE INSURANCE, LLC AND WILLIAM SPRAGUE,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 11th day of January, 2022, upon consideration of **(a)** the Motion to Dismiss by P&I Insurance Services, LLC and Drew Porter (Doc. No. 50) and the Response by Risk Averse Insurance, LLC, William Sprague, and Mark Millison (Doc. No. 53), and **(b)** Mark Millison's Motion for Leave to Join the Third-Party Complaint or, in the Alternative, William Sprague and Risk Averse Insurance, LLC's Motion for Leave to Amend the Third-Party Complaint (Doc. No. 49), P&I Insurance Services, LLC's Response (Doc. No. 52), and Millison's Reply (Doc. No. 54-1), it is hereby **ORDERED** that:

1. The Motion to Dismiss (Doc. No. 50) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Counterclaims and Third-Party Complaint claims for defamation and defamation *per se* are **DISMISSED**;

    b. The Counterclaim and Third-Party Complaint claims for commercial disparagement is **DISMISSED**; and

    c. The Motion to Dismiss the tortious interference with existing and prospective business relations claims is **DENIED**.

2.     Millison's Motion for Leave to Join the Third-Party Complaint (Doc. No. 49) is **GRANTED** and Millison shall be given leave to join the sole remaining claims for tortious interference with existing and prospective business relations against Drew Porter.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**